JENNA M. COOK, ESQUIRE
LAW OFFICES OF JENNA M. COOK
1201 New Road, Suite 230
Linwood, New Jersey 08221
609-601-6625
jenna@jmcooklaw.net
Attorney for Diana Oriental Nails, LLC
and Diana Tram

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HUA ZHU CHEN, on behalf of herself and others similarly situated,<br><br>Plaintiff<br>v.<br><br>DIANA'S ORIENTAL NAILS LLC and DIANA TRAM<br><br>Defendants | CIVIL ACTION:<br><br>CASE NUMBER 1:15-CV-05037-JHR-KMW<br><br>**DEFENDANTS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**<u>Oral argument requested</u>**<br><br>Electronically filed |

**TO: MOTIONS CLERK AND ALL COUNSEL OF RECORD**

PLEASE TAKE NOTICE that the undersigned will apply to the above named Court at the United States District Court – Camden, Mitchell H. Cohen U.S. Courthouse, 1 John F. Gerry Plaza, Camden, New Jersey 08101, as soon as counsel may be heard for an Order granting partial summary judgment as to plaintiff's claims under the Fair Labor Standards Act Count I, Count III and Count V.

Defendants respectfully request oral argument.

Law Offices of Jenna M. Cook

By: s/ *Jenna M. Cook*
JENNA M. COOK, ESQUIRE

Dated: April 7, 2017