LAW OFFICES OF JENNA M. COOK
Attorney Id: 03332001
1201 New Road, Suite 230
Linwood, New Jersey 08221
609-601-6625
Attorney for Diana Oriental Nails, LLC
and Diana Tram

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| HUA ZHU CHEN, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIANA'S ORIENTAL NAILS, LLC and DIANA TRAM,<br><br>Defendants, | :<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION:<br>CASE NUMBER 1:15-CV-05037-JHR-KMW<br><br>**AFFIDAVIT OF DIANA TRAM IN SUPPORT OF A MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF'S CLAIM UNDER THE FAIR LABOR STANDARDS ACT**<br><br>**Electronically Filed** |

I, Diana Tram, being duly sworn, upon my oath, depose and say:

1. I am the sole member of Diana Oriental Nails, LLC (improperly pled as Diana's Oriental Nails, LLC).

2. This Affidavit is prepared in support of a motion for partial summary judgment as to plaintiff's claims under the Fair Labor Standards Act.

3. Diana Oriental Nails is located on the White Horse Pike in Pomona, New Jersey. This is the only location of Diana Oriental Nails, LLC.

4. At any given time, Diana Oriental Nails, LLC employs 4 or 5 employees in a full or part-time capacity.

5. Plaintiff, Hua Zhu Chen, was employed by Diana Oriental Nails from May 20, 2012 until on or about March 5, 2015.

6. Gross revenue for Diana Oriental Nails for the applicable period of time is as follows:

- 2012...$102,136.00
- 2013...$107,587.00
- 2014...$112,192.00
- 2015...$105,050.00

(See Schedule C, Form 1040 for the years cited attached as true and accurate copies as Exhibit 1)

7. Diana Oriental Nails, LLC is not engaged in Interstate Commerce and never has been engaged in Interstate Commerce.

I declare and verify under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

DIANA ORIENTAL NAILS, LLC

BY: ______________________
Diana Tram

Sworn to and subscribed to before me this 6th day of April, 2017.

______________________
Notary Public of New Jersey

SHARON L. ELKNER
A Notary Public of New Jersey
My Commission Expires May 8, 2021

# EXHIBIT "1"

Redacted

**SCHEDULE C (Form 1040)**

# Profit or Loss From Business
(Sole Proprietorship)

►For information on Schedule C and its instructions, go to www.irs.gov/schedulec.
►Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2012**

Attachment Sequence No. 09

artment of the Treasury
rnal Revenue Service (99)

Name of proprietor: DIANA TRAM

Social security number (SSN): [redacted]

A Principal business or profession, including product or service (see instructions): NAILS SALON

B Enter code from instructions ► 812113

C Business name. If no separate business name, leave blank.: ORIENTAL NAILS

D Employer ID number (EIN), (see instrs)

E Business address (including suite or room no.) ► 269 W. WHITE HORSE PIKE
City, town or post office, state, and ZIP code: POMONA, NJ 08240

F Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ►

G Did you 'materially participate' in the operation of this business during 2012? If 'No,' see instructions for limit on losses. [X] Yes [ ] No

H If you started or acquired this business during 2012, check here ► [ ]

I Did you make any payments in 2012 that would require you to file Form(s) 1099? (see instructions) [ ] Yes [X] No

J If 'Yes,' did you or will you file all required Forms 1099? [ ] Yes [ ] No

## Part I Income

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked ► [ ] | 1 | 102,136. |
| 2 | Returns and allowances (see instructions) | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | [redacted] |
| 4 | Cost of goods sold (from line 42) | 4 | [redacted] |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | [redacted] |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ► | 7 | [redacted] |

## Part II Expenses. Enter expenses for business use of your home only on line 30.

| Line | Description | | Amount | Line | Description | | Amount |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | [redacted] |
| 9 | Car and truck expenses (see instructions) | 9 | [redacted] | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20 a | |
| 12 | Depletion | 12 | | b | Other business property | 20 b | [redacted] |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | [redacted] | 21 | Repairs and maintenance | 21 | [redacted] |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 22 | Supplies (not included in Part III) | 22 | |
| 15 | Insurance (other than health) | 15 | [redacted] | 23 | Taxes and licenses | 23 | [redacted] |
| 16 | Interest: | | | 24 | Travel, meals, and entertainment: | | |
| a | Mortgage (paid to banks, etc) | 16 a | | a | Travel | 24 a | |
| b | Other | 16 b | | b | Deductible meals and entertainment (see instructions) | 24 b | |
| 17 | Legal & professional services | 17 | 750. | 25 | Utilities | 25 | |
| | | | | 26 | Wages (less employment credits) | 26 | [redacted] |
| | | | | 27 a | Other expenses (from line 48) | 27 a | [redacted] |
| | | | | b | **Reserved for future use** | 27 b | |

| Line | Description | | Amount |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ► | 28 | [redacted] |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | [redacted] |
| 30 | Expenses for business use of your home. Attach **Form 8829.** Do **not** report such expenses elsewhere | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | 31 | [redacted] |

32 If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the instructions for line 31). Estates and trusts, enter on **Form 1041, line 3.**

• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

32 a [X] All investment is at risk.
32 b [ ] Some investment is not at risk.

Redacted

**SCHEDULE C (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Profit or Loss From Business

(Sole Proprietorship)

▶ For information on Schedule C and its instructions, go to *www.irs.gov/schedulec.*
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074
**2013**
Attachment Sequence No. **09**

Name of proprietor: DIANA TRAM

Social security number (SSN): [redacted]

A Principal business or profession, including product or service (see instructions): NAILS SALON

B Enter code from instructions ▶ 8 1 2 1 1 3

C Business name. If no separate business name, leave blank.: ORIENTAL NAILS

D Employer ID number (EIN), (see instr.)

E Business address (including suite or room no.) ▶ 269 W. WHITE HORSE PIKE
City, town or post office, state, and ZIP code: POMONA, NJ 08240

F Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶

G Did you "materially participate" in the operation of this business during 2013? If "No," see instructions for limit on losses ☒ Yes ☐ No

H If you started or acquired this business during 2013, check here ▶ ☐

I Did you make any payments in 2013 that would require you to file Form(s) 1099? (see instructions) ☐ Yes ☒ No

J If "Yes," did you or will you file required Forms 1099? ☐ Yes ☐ No

## Part I Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ ☐ | 1 | 107,587. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | [redacted] |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | [redacted] |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | [redacted] |

## Part II Expenses

**Enter expenses for business use of your home only on line 30.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | [redacted] |
| 9 | Car and truck expenses (see instructions) | 9 | [redacted] | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | [redacted] |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | [redacted] | 21 | Repairs and maintenance | 21 | [redacted] |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 22 | Supplies (not included in Part III) | 22 | [redacted] |
| 15 | Insurance (other than health) | 15 | [redacted] | 23 | Taxes and licenses | 23 | [redacted] |
| 16 | Interest: | | | 24 | Travel, meals, and entertainment: | | |
| a | Mortgage (paid to banks, etc.) | 16a | | a | Travel | 24a | |
| b | Other | 16b | | b | Deductible meals and entertainment (see instructions) | 24b | |
| 17 | Legal and professional services | 17 | [redacted] | 25 | Utilities | 25 | |
| | | | | 26 | Wages (less employment credits) | 26 | [redacted] |
| | | | | 27a | Other expenses (from line 48) | 27a | [redacted] |
| | | | | b | **Reserved for future use** | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ▶ | 28 | [redacted] |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | [redacted] |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). **Simplified method filers only:** enter the total square footage of: (a) your home: ______ and (b) the part of your home used for business: ______ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | 31 | [redacted] |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). • If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | 32a ☒ All investment is at risk. 32b ☐ Some investment is not at risk. |

Redacted

**SCHEDULE C (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Profit or Loss From Business

(Sole Proprietorship)

▶ Information about Schedule C and its separate instructions is at *www.irs.gov/schedulec.*

▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

2014

Attachment Sequence No. 09

Name of proprietor: DIANA TRAM

Social security number (SSN): [redacted]

A Principal business or profession, including product or service (see instructions): NAILS SALON

B Enter code from instructions ▶ 8 1 2 1 1 3

C Business name. If no separate business name, leave blank: ORIENTAL NAILS

D Employer ID number (EIN), (see instr.)

E Business address (including suite or room no.) ▶ 269 W. WHITE HORSE PIKE

City, town or post office, state, and ZIP code: POMONA, NJ 08240

F Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶

G Did you "materially participate" in the operation of this business during 2014? If "No," see instructions for limit on losses ☒ Yes ☐ No

H If you started or acquired this business during 2014, check here ▶ ☐

I Did you make any payments in 2014 that would require you to file Form(s) 1099? (see instructions) ☐ Yes ☒ No

J If "Yes," did you or will you file required Forms 1099? ☐ Yes ☐ No

## Part I Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ ☐ | 1 | 112,192. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | [redacted] |
| 4 | Cost of goods sold (from line 42) | 4 | [redacted] |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | [redacted] |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | [redacted] |

## Part II Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | [redacted] | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | [redacted] | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | [redacted] |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | [redacted] | 21 | Repairs and maintenance | 21 | [redacted] |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 22 | Supplies (not included in Part III) | 22 | [redacted] |
| 15 | Insurance (other than health) | 15 | [redacted] | 23 | Taxes and licenses | 23 | [redacted] |
| 16 | Interest: | | | 24 | Travel, meals, and entertainment: | | |
| a | Mortgage (paid to banks, etc.) | 16a | | a | Travel | 24a | |
| b | Other | 16b | | b | Deductible meals and entertainment (see instructions) | 24b | |
| 17 | Legal and professional services | 17 | [redacted] | 25 | Utilities | 25 | |
| | | | | 26 | Wages (less employment credits) | 26 | [redacted] |
| | | | | 27a | Other expenses (from line 48) | 27a | [redacted] |
| | | | | b | **Reserved for future use** | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ▶ | 28 | [redacted] |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | [redacted] |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). **Simplified method filers only:** enter the total square footage of: (a) your home: ______ and (b) the part of your home used for business: ______. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | 31 | [redacted] |

32 If you have a loss, check the box that describes your investment in this activity (see instructions).

- If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**
- If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

32a ☒ All investment is at risk.

32b ☐ Some investment is not at risk.

Redacted

...LE C
...m 1040)
...ment of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
(Sole Proprietorship)

▶ Information about Schedule C and its separate instructions is at www.irs.gov/schedulec.
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074
2015
Attachment Sequence No. 09

Name of proprietor: DIANA TRAN
Social security number (SSN): [redacted]

A Principal business or profession, including product or service (see instructions): NAILS SALON
B Enter code from instructions ▶ 8 1 2 1 1 3
C Business name. If no separate business name, leave blank: ORIENTAL NAILS
D Employer ID number (EIN), (see instr.)
E Business address (including suite or room no.) ▶ 269 W. WHITE HORSE PIKE
City, town or post office, state, and ZIP code: POMONA, NJ 08240
F Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶
G Did you "materially participate" in the operation of this business during 2015? If "No," see instructions for limit on losses ☒ Yes ☐ No
H If you started or acquired this business during 2015, check here ▶ ☐
I Did you make any payments in 2015 that would require you to file Form(s) 1099? (see instructions) ☐ Yes ☒ No
J If "Yes," did you or will you file required Forms 1099? ☐ Yes ☐ No

## Part I Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ ☐ | 1 | 105,050. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | [redacted] |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | [redacted] |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | [redacted] |

## Part II Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | [redacted] | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | [redacted] |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | [redacted] | 21 | Repairs and maintenance | 21 | [redacted] |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 22 | Supplies (not included in Part III) | 22 | [redacted] |
| 15 | Insurance (other than health) | 15 | [redacted] | 23 | Taxes and licenses | 23 | |
| 16 | Interest: | | | 24 | Travel, meals, and entertainment: | | |
| a | Mortgage (paid to banks, etc.) | 16a | | a | Travel | 24a | |
| b | Other | 16b | | b | Deductible meals and entertainment (see instructions) | 24b | |
| 17 | Legal and professional services | 17 | | 25 | Utilities | 25 | |
| | | | | 26 | Wages (less employment credits) | 26 | [redacted] |
| | | | | 27a | Other expenses (from line 48) | 27a | [redacted] |
| | | | | b | Reserved for future use | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ▶ | 28 | [redacted] |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | [redacted] |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). **Simplified method filers only:** enter the total square footage of: (a) your home: ______ and (b) the part of your home used for business: ______ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you must go to line 32. | 31 | [redacted] |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). • If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** • If you checked 32b, you must attach **Form 6198.** Your loss may be limited. | 32a ☒ All investment is at risk. 32b ☐ Some investment is not at risk. | |