JENNA M. COOK, ESQUIRE
LAW OFFICES OF JENNA M. COOK
1201 New Road, Suite 230
Linwood, New Jersey 08221
609-601-6625
jenna@jmcooklaw.net
Attorney for Diana Oriental Nails, LLC
and Diana Tram

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HUA ZHU CHEN, on behalf of herself and others similarly situated,<br><br>Plaintiff<br>v.<br><br>DIANA'S ORIENTAL NAILS LLC and DIANA TRAM<br><br>Defendants | CIVIL ACTION:<br><br>CASE NUMBER 1:15-CV-05037-JHR-KMW<br><br>**DEEFNDANTS' LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS**<br><br>Electronically filed |

1. This matter arises from plaintiff's allegations that defendants violated, among other things, the Fair Labor Standards Act ("FLSA"). Certification of Jenna M. Cook, Exhibit A.
2. Diana Oriental Nails, LLC is a salon located at 269 White Horse Pike, Pomona, New Jersey. Certification of Diana Tram, ¶3 ("Tram Cert.").
3. Diana Tram is the sole member of the LLC. Id. at ¶1.
4. Diana Oriental Nails operates at the one location at 269 White Horse Pike, Pomona, New Jersey only. Tram Cert. at ¶3.

5. Plaintiff, Chen was employed by Diana Oriental Nails, LLC from May 2012 through March 2015. Id at ¶5.
6. During that period of time, Diana Oriental Nails, LLC employed approximately four or five people at any given time. Some worked full time others worked part-time. Tram Cert. at ¶4.
7. Gross revenue for 2012, 2013, 2014 and 2015 was slightly more than $100,000.00 for each of the aforementioned years. Id. at ¶6.
8. Neither Diana Oriental Nails, LLC nor Diana Tram engage in interstate commerce nor have they ever. Tram Cert. at ¶7.
9. Employees of Diana Oriental Nails provide services of manicures, pedicures, waxing and acrylic nails on customers in the Galloway location. Exhibit B, Deposition of Diana Tram, T13:24-25-T14:1-2.

LAW OFFICES OF JENNA M. COOK

By: s/ Jenna M. Cook
JENNA M. COOK, ESQUIRE