# LAW OFFICES OF JENNA M. COOK

Cornerstone Commerce Center
1201 New Road, Suite 230
Linwood, New Jersey 08221
609-601-6600

Jenna M. Cook, Esquire
Member NJ Bar
Email: jenna@jmcooklaw.net

Direct Dial 609-601-6625
Facsimile 609-479-2006

April 7, 2017

VIA ECF
Clerk, U.S. District Court,
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: Chen v. Diana Oriental Nails, LLC
1:15-cv-05037-JHR-KMW

Dear Sir/Madam,

This firm represents the defendants in the above matter.

I enclose defendants' motion for partial summary judgment, statement of facts pursuant to Rule 56.1, brief in support of motion, certification of Jenna M. Cook, Esquire, certification of Diana Tram and certificate of service.

Defendants hereby request oral argument.

Respectfully submitted;

**LAW OFFICES OF JENNA M. COOK**

s/ *JENNA M. COOK*
Jenna M. Cook, Esquire
Attorney for defendants
1201 New Road, Suite 230
Linwood, New Jersey 08221
609-601-6625
jenna@jmcooklaw.net

cc: William Brown, Esquire